```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28553
   TYRONE N HILL
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8032

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/19/2005 and was confirmed 09/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER    SECURED            512.00           .00         177.59
SNMLT 2001-2             MORTGAGE ARRE    31567.96           .00       11832.99
SNMLT 2001-2             CURRENT MORTG        .00            .00            .00
SHAPIRO & KREISMAN       NOTICE ONLY    NOT FILED            .00            .00
SBC                      UNSEC W/INTER      780.07           .00            .00
COOK COUNTY TREASURER    UNSEC W/INTER         .24           .00            .00
DENNIS G KNIPP           DEBTOR ATTY      1,200.00                     1,200.00
TOM VAUGHN               TRUSTEE                                         740.40
DEBTOR REFUND            REFUND                                           14.02

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 13,965.00

PRIORITY                                              .00
SECURED                                         12,010.58
UNSECURED                                             .00
ADMINISTRATIVE                                   1,200.00
TRUSTEE COMPENSATION                               740.40
DEBTOR REFUND                                       14.02
                        --------------        --------------
TOTALS                  13,965.00               13,965.00




                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 28553 TYRONE N HILL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 28553 TYRONE N HILL